# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | CASE NUMBER: 13-mj-01023-KLM-01 |
|  | Defendant's USM No.: 39190-013 |
| SONNY D. OLMSTEAD | Matthew Golla, AFPD |
|  | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 113(a)(4) | Assault | 02/09/2013 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 20, 2013
Date of Imposition of Judgment

_/s/ K. L. Mix_
Signature of Judicial Officer

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judicial Officer

March 21, 2013
Date

DEFENDANT: SONNY D. OLMSTEAD
CASE NUMBER: 13-mj-01023-KLM-01

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  SONNY D. OLMSTEAD
CASE NUMBER:  13-mj-01023-KLM-01                                                              Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine/Court Costs | Restitution |
|---|---|---|---|
| 1 | $10.00 | $25.00 | $0.00 |
| **TOTALS** | $10.00 | $25.00 | $0.00 |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: SONNY D. OLMSTEAD
CASE NUMBER: 13-mj-01023-KLM-01                                                                Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is due and payable in full immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

The defendant shall pay the following court costs:

$25 in court costs due within 6 months of today's date.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest, (4) costs, including cost of prosecution and court costs.